IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUEL CANABAL, DANIEL GOMEZ FERREIRO, PROMOTORA VILLA MARINO, C.A., individually and on behalf of a class of all others similarly situated <br><br> Plaintiffs, <br><br> VS. <br><br> WILLIS OF COLORADO INC., WILLIS GROUP HOLDINGS LTD., AMY S. BARANOUCKY, ROBERT S. WINTER, and BOWEN, MICLETTE & BRITT, INC. <br><br> Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:09-CV-01474-N <br><br> *In re: Stanford Entities Securities Litigation*, MDL 2099 <br><br> Related Actions: <br> Case No. 3:09-CV-1474-N <br> Case No. 3:09-CV-2042-N <br> Case No. 5:09-CV-0854-FB (W.D. Tex.) |

## NOTICE OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME Plaintiffs, Manuel Canabal, Daniel Gomez Ferreiro, Promotora Villa Marino, C.A., individually and on behalf of a class of all others similarly situated, and file this Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and in support thereof would show the Court as follows:

1. Plaintiffs have sued Defendants in this putative class action.

2. Plaintiffs move to dismiss this putative class action.

3. Defendants have not served an answer or filed a motion for summary judgment.

4. The case is a putative class action that has not yet been certified.

5. Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims as those presented in this action.

6. This dismissal is without prejudice to refiling.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs present this Notice and pray that the Court dismiss this action, without prejudice.

Respectfully submitted,

<div style="display: flex;">

**CASTILLO SNYDER, P.C.**
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, Texas 78205
Telephone: (210) 630-4200
Facsimile: (210) 630-4210

By: /s/ Edward C. Snyder
    EDWARD C. SNYDER
    State Bar No. 00791699
    esnyder@casnlaw.com
    JESSE R. CASTILLO
    State Bar No. 03986600
    jcastillo@casnlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND THE PUTATIVE CLASS**

Douglas J. Buncher
State Bar No. 03342700
Nicholas A. Foley
State Bar No. 07208620
**NELIGAN FOLEY, LLP**
Republic Center
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5320
Facsimile: (214) 840-5301
dbuncher@neliganlaw.com
nfoley@neliganlaw.com

**STRASBURGER & PRICE, LLP**
300 Convent Street, Suite 900
San Antonio, Texas 78205
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

By: /s/ Edward F. Valdespino
    EDWARD F. VALDESPINO
    State Bar No. 20424700
    edward.valdespino@strasburger.com
    ANDREW L. KERR
    State Bar No. 11339500
    andrew.kerr@strasburger.com

DAVID N. KITNER
State Bar No. 11541500
david.kitner@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

</div>

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of December, 2009, I electronically transmitted the foregoing document using the ECF system for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in this case. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of record, each of whom have consented in writing to accept this Notice as service of this document by Electronic means.

                                                /s/ Edward F. Valdespino